NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
  Social Security Administration
      160 Spear Street, Suite 800
      San Francisco, CA  94105
      Telephone:  (415) 977-8825
      Facsimile:  (415) 744-0134
      Email:  Jennifer.Tarn@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE ALNIMRI, | No. 5:17-cv-01183-AS |
| Plaintiff, | **[PROPOSED]** JUDGMENT |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

-1-

| | |
|---|---|
| 1 | The Court having approved the parties' stipulation to remand this case |
| 2 | pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent |
| 3 | with that stipulation and for entry of judgment for Plaintiff, judgment is hereby |
| 4 | entered for Plaintiff. |

DATED: February 7, 2018            / s / Alka Sagar
                                   HONORABLE ALKA SAGAR
                                   UNITED STATES MAGISTRATE JUDGE